UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Cheryl Jenett Thomas, | ) | C/A No. 5:14-2396-TMC-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On June 16, 2014, Plaintiff, proceeding pro se, filed this action appealing her denial of social security benefits. This case is before the court because of Plaintiff's failure to comply with the undersigned's Order of June 24, 2014. ECF No. 9. Because the case was not in proper form when filed, an initial order was issued to inform Plaintiff of the items she needed to produce or complete and submit to the court to bring the case into proper form. *Id.* Plaintiff was ordered to submit responses to several interrogatories and to submit completed summonses and Forms USM-285 within 14 days of the issuance of the June 24, 2014 Order. *Id.* (enclosing court's special interrogatories to Plaintiff and forms to be completed). Plaintiff's time for compliance with the Order ran on July 18, 2014; however, Plaintiff has not provided any response to that Order.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file completed responses and forms as ordered in the June 24, 2014 Order, ECF No. 9, no later than **August 13, 2014**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this

matter be dismissed *without prejudice* for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a plaintiff fails to comply with "any order of the court."); *see also Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss *sua sponte*).

    IT IS SO ORDERED.

July 30, 2014                                                  Kaymani D. West
Florence, South Carolina                       United States Magistrate Judge