UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Cheryl Jenett Thomas, | ) | Civil Action No. 5:14-cv-02396-TMC-KDW |
| Plaintiff, | ) ) ) | |
| | ) | ORDER |
| vs. | ) ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) | |

      On June 16, 2014, Plaintiff, appearing pro se, filed this action appealing a denial of social security benefits. Defendant filed an answer and copy of the administrative record on December 29, 2014. ECF Nos. 29, 30. The time for Plaintiff to file her brief in support of her appeal was extended to March 4, 2015. ECF No. 33; *see* Local Civ. Rule 83.VII.04 (D.S.C.). To date, however, Plaintiff has not filed her brief nor has she communicated with the court further regarding the deadline for submitting her brief.

      Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal no later than **March 24, 2015**. Plaintiff is advised that if she fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

      IT IS SO ORDERED.

March 10, 2015  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge